UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HADLEY SCOTT SMITH,

           Plaintiff,

v.

DAVOL INC., and C. R. BARD, INC.,

           Defendants.
------------------------------------------------------X

JUDGE STANTON

07 CIV 7934

Civil Action No.:

*RECEIVED SEP 10 2007 U.S.D.C. S.D.N.Y. CASHIERS*

## CORPORATE DISCLOSURE STATEMENT

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. P. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Dated: New York, New York
       September 10, 2007

                           PEPPER HAMILTON LLP

                           By: _____
                                Samuel J. Abate, Jr. (SA 0915)
                           420 Lexington Avenue
                           Suite 2320
                           New York, NY 10170-2399

                           Attorneys for Defendants DAVOL INC. and
                           C.R. BARD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

David Buchanan, Esq.
Seeger Weiss
One William Street
New York, NY 10004

*via first-class mail*

_____
Samuel J. Abate, Jr. (SA 0915)
